**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:23-cv-2797-MSS-CPT**

HOWARD COHAN,

    Plaintiff,

vs.

FAGURA 3 LLC,
d/b/a LA QUINTA INN AND SUITES,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, FAGURA 3 LLC d/b/a LA QUINTA INN AND SUITES ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 3.09, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement in principle for the resolution of this matter and are in the process of finalizing the necessary written settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the necessary written settlement documents and file proper pleadings to close this matter out.

Dated this 6th day of March, 2024.

                          **Respectfully Submitted:**

BY:   *s/ Jason S. Weiss*
        Jason S. Weiss
        Jason@jswlawyer.com
        Florida Bar No. 356890
        **WEISS LAW GROUP, P.A.**
        5531 N. University Drive, Suite 103
        Coral Springs, FL 33067
        Tel: (954) 573-2800
        *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: *s/ Jason S. Weiss*
     Jason S. Weiss